This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

     Plaintiff-Appellant,

**v.**                                                                 **NO. 30,739**

**JIM A. ZAFARANO,**

     Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF CHAVES COUNTY**
**Ralph D. Shamas, District Judge**

Gary K. King, Attorney General
Santa Fe, NM
Joel Jacobsen, Assistant Attorney General
Albuquerque, NM

for Appellant

Hugh W. Dangler, Chief Public Defender
Nancy Hewitt, Appellate Defender
Santa Fe, NM

for Appellee

## MEMORANDUM OPINION

**KENNEDY, Judge.**

     The State appeals an order granting Defendant's motion to suppress. We

proposed to affirm in a notice of proposed summary disposition, and the State has filed a response indicating that it will not be filing a memorandum in opposition. Therefore, for the reasons set forth in our notice of proposed summary disposition, we affirm the order granting Defendant's motion to suppress.

**IT IS SO ORDERED.**

_____

**RODERICK T. KENNEDY, Judge**

**WE CONCUR**:

_____

**LINDA M. VANZI, Judge**

_____

**TIMOTHY L. GARCIA**